**Order entered February 22, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00817-CV

### IN THE INTEREST OF T.D., A MINOR CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-20368-R**

## ORDER

We **GRANT** appellee's February 21, 2013 motion to file a brief to the extent that appellee shall file its brief on or before March 14, 2013. We **DENY** the motion to the extent appellee requests that submission of the appeal be postponed.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE